**DISMISS and Opinion Filed December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00450-CV

**ANNETTE L. MUNDINE, Appellant**
**V.**
**RICHARD D MUNDINE, SR., Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-04446**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. After appellant failed to respond to the Court's inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by September 27, 2018.[1] By postcard dated October 1, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

---

[1] Our records indicate the notice was returned as unable to deliver. The clerk's office left a voice message for appellant to contact the Court and update her address. Appellant has not updated her address.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180450F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ANNETTE L. MUNDINE, Appellant

No. 05-18-00450-CV      V.

RICHARD D MUNDINE, SR., Appellee

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-16-04446.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered December 19, 2018